No. 63861.—Sphinx Import Co., Inc. *v.* United States, protest 59/16850 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63862.—Illfelder Importing Co., Inc. *v.* United States, protest 59/18779 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, FEBRUARY 25, 1960

No. 63863.—Stern Hat Company *v.* United States, petition 7159–R (Cleveland).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the facts and circumstances are the same as those involved in Abstract 50025, which record was incorporated herein, the petition was granted.